## ORDER

PER CURIAM.

Appellant Gregory Price ("Defendant") appeals his conviction of assault in the first degree, section 565.050 RSMo (1999) and armed criminal action, section 571.015 RSMo (1995). He claims that the trial court erred in refusing to issue a jury instruction on self-defense. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr. P.J., KENT E. KAROHL, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Defendant, Cornell White, appeals from the judgment entered after a jury found him guilty of two counts of murder in the second degree and two counts of armed criminal action. Defendant was sentenced as a prior and persistent offender to life imprisonment for each count, with the sentences to be served consecutively. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. Rule 30.25(b).[1]

**STATE of Missouri, Respondent,**

v.

**Cornell WHITE, Appellant.**

No. ED 75054.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 19, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 5, 2000.

Application for Transfer Denied Feb. 22, 2000.

**Sonya Marie HUNT, Appellant,**

v.

**Dr. Kenneth R. SMITH, et al., Respondent.**

No. ED 75633.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 19, 1999.

Application for Transfer to Supreme Court Denied Jan. 5, 2000.

Application for Transfer Denied Feb. 22, 2000.

1. The State's motion to strike defendant's sixth point in his reply brief is denied.